**AGNES THOMPSON, joined by her husband, ROGER THOMPSON, v. FLORIDA STATE THEATRES, INC.**

9 So. (2nd) 803            June Term, 1942
October 2, 1942            Division A

*Manuel M. Glover* and *Bentley, Shafer & Smith,* for appellants.

*McKay, Macfarlane, Jackson & Ferguson,* for appellee.

PER CURIAM:

In this case the declaration does not wholly fail to state a cause of action for reasonable compensatory damages for a personal injury sustained, and the judgment for defendant on demurrer to the declaration is reversed and the cause is remanded for appropriate proceedings.

Reversed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.